# EXHIBIT A

| | |
|---|---|
| **From:** | Anthony Paronich <anthony@paronichlaw.com> |
| **Sent:** | Thursday, June 05, 2025 2:10 PM |
| **To:** | Heeringa, Paul |
| **Cc:** | Andrew Perrong; McGuinness, John |
| **Subject:** | Re: Bronstin v. Viasat - Case No. 1:25-cv-00927-KMN (M.D. Pa.) - Extension Request |

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

Yes

> On Jun 5, 2025, at 1:25 PM, Heeringa, Paul <PHeeringa@manatt.com> wrote:
>
> Hi Andrew/Anthony:
>
> We are in the process of being retained to represent Viasat in the *Bronstin* matter.  So we can finalize our retention, get up to speed, discuss the case with you, and retain local, can you please let us know if you'd be amenable to a 30 day extension of our client's pleading deadline?
>
> Thanks in advance.
>
> Best regards,
>
> **A. Paul Heeringa**
> Partner
>
> _____
>
> **Manatt, Phelps & Phillips,** LLP
> 151 North Franklin Street
> Suite 2600
> Chicago, IL 60606
> **D** (312) 529-6308 **F** (312) 529-6315
> PHeeringa@manatt.com
>
> manatt.com
>
> CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.