IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all other similarly situated,<br><br>Plaintiff<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant | Civil Action No. 1:25-cv-00927-KMN<br>(Honorable Keli M. Neary) |

## ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of Defendant's Consent Motion for Extension of Time to Respond to Plaintiff's Complaint, it is hereby ORDERED that said Motion is GRANTED, and the deadline for Defendant Viasat, Inc. to answer, move, or otherwise respond to the Complaint is extended through and including July 17, 2025.

BY THE COURT:

_____
Hon. Keli M. Neary
United States District Judge
Middle District of Pennsylvania