# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| _____ ) | |
| _____ ) | |
| _____ ) | |
| _____ ) | |
| _____, ) | |
| **Plaintiff(s),** ) | |
| v. ) | |
| _____ ) | **Civil Action No. _____** |
| _____ ) | |
| _____ ) | |
| _____ ) | |
| _____, ) | |
| **Defendant(s)/** ) | |
| **Third-Party Plaintiff(s),** ) | |
| v. ) | |
| _____ ) | |
| _____ ) | |
| _____ ) | |
| _____ ) | |
| _____, ) | |
| **Third-Party Defendant(s).** ) | |
| _____) | |

# DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1
## (Civil Action)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, _____,
                                                                                                                         (type of party)
who is _____, makes the following disclosure:
              (name of party)

☐ YES          ☐ NO

2.  If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

    _____

    _____

    _____

3.  If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

    _____
    _____
    _____
    _____

    The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

                                            _____
                                            Signature of Counsel for Party

Date: _____

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I am causing the foregoing to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic Filing constituting service of the filed document upon all counsel of record.

Dated: June 12, 2025                    */s/ Frederick P. Santarelli*
                                        FREDERICK P. SANTARELLI

                                        *Counsel for Defendant Viasat, Inc.*