IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all other similarly situated,<br><br>Plaintiff<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant | Civil Action No. 1:25-cv-00927-KMN<br>(Hon. Keli M. Neary) |

### PRAECIPE FOR ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter the appearance of Steven C. Tolliver, Jr., Esq. (PA 327165) as counsel on behalf of Defendant, Viasat, Inc., in the above-captioned matter.

    Respectfully submitted,

*/s/ Steven C. Tolliver, Jr.*
STEVEN C. TOLLIVER, JR. (PA 327165)
ELLIOTT GREENLEAF, P.C.
Union Meeting Corporate Center V
925 Harvest Drive, Suite 300
Blue Bell, PA 19422
(215) 977-1000 (phone)
(215) 977-1099 (fax)
sct@elliottgreenleaf.com

Dated: June 12, 2025      *Counsel for Defendant Viasat, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I am causing the foregoing to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic Filing constituting service of the filed document upon all counsel of record.

Dated: June 12, 2025             /s/ Steven C. Tolliver, Jr.
                                 STEVEN C. TOLLIVER, JR.

                                 *Counsel for Defendant Viasat, Inc.*