IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ASHER BRONSTIN, individually and on behalf of all others similarly situated,** | : : : : | **CIVIL ACTION NO. 1:25-CV-927** |
| | : | **(Judge Neary)** |
| **Plaintiff** | : : | |
| v. | : : | |
| **VIASAT, INC.,** | : : : | |
| **Defendant** | : | |

# ORDER

AND NOW, this 12th day of June, 2025, in accordance with Federal Rule of Civil Procedure 16(b) and Local Rule of Court 16.1, it is hereby ORDERED that:

1. **Case Management List.** This case is scheduled for a case management conference at **11:00 a.m.** on **Wednesday, July 30, 2025**.

2. **Conference of Counsel.** In accordance with Local Rule 16.3(a), lead counsel shall confer and prepare for submission to the court a joint case management plan in the form attached to the Local Rules and designated "Appendix A." The case management form is available on the court's website at https://www.pamd.uscourts.gov/forms/joint-case-management-plan-pdf-word. Counsel for plaintiff(s) shall be responsible for arranging the conference of counsel and shall offer opposing counsel at least three alternative dates with no less than 15 days' notice. Counsel should also be familiar with the district's "Expense and Delay Reduction Plan," adopted on August 19, 1993, as required by the Civil Justice Reform Act of 1990, which is available on the court's website at https://www.pamd.uscourts.gov/sites/pamd/files/forms/CJRA_1990.pdf.

3. **Case Management Plans.** At least five days before the conference, counsel shall file their joint case management plan with the court.

4. **Operative Dates and Deadlines.** The court will divide case management into two phases: a discovery and dispositive motions phase, and a trial phase. A separate case management order will

issue at the beginning of each phase.  For purposes of the joint case management plan, counsel shall endeavor to jointly agree on all applicable dates in conformity with the court's calendar attached to this order.  The court may strike any case management plan that does not follow the court's calendar.  If counsel cannot agree, each counsel shall propose applicable dates in conformity with the court's calendar.

5. **Date and Time of Conference**.  A case management conference will be held on the date and at the time designated above.  Lead counsel who are fully authorized to make decisions in the case shall participate in the conference.  If lead counsel wish to be excused from the conference, such counsel shall contact chambers and advise at least two working days before the conference.

6. **Telephonic Conference**.  Unless the court orders otherwise, all case management conferences shall be held by telephone.  Counsel for plaintiff(s) shall initiate the telephone conference to chambers at 717-221-3960.  At the time the call is placed, counsel for all parties shall be on the line and prepared to proceed.

7. **Magistrate Judge**.  If the parties consent that a United States Magistrate Judge conduct all subsequent proceedings in the case and enter a final judgment, they shall note in the case management plan the name of the Magistrate Judge whom they wish to select.

8. **Case Management Order**.  Any oral agreements reached by counsel and any oral orders or other additional directions issued by the court during the case management conference will be memorialized in a case management order.  Once case management deadlines have been established, motions to extend those time periods will not be granted except for good cause.

9. **Continuance**.  Any request for continuance of a case management conference shall be made by motion in conformity with the Local Rules and shall be filed at least seven days before the conference.

10. **Discovery.**  Counsel shall not cease active discovery pending disposition of a motion to dismiss.

11. **Alternate Dispute Resolution**. Paragraph 8.0 of the Standard Joint Case Management Plan relates to alternative dispute resolution procedures. If the parties cannot agree upon an alternative dispute resolution procedure to be used, a decision with respect to the same will be made at the pretrial conference, and if at that conference any counsel objects to alternative dispute resolution, there will be none.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania