IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | Civil Action No. 1:25-cv-00927-KMN<br>(Hon. Keli M. Neary) |

## **ORDER**

AND NOW, this _____ day of _____, 2025, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint (the "Motion") and any opposition thereto, it is hereby ORDERED that: (1) the Motion is GRANTED for all of the reasons stated therein; and (2) Plaintiff's Complaint (*see* Dkt. 1) is hereby DISMISSED [with][without] prejudice.

BY THE COURT:

_____
Hon. Keli M. Neary
United States District Judge
Middle District of Pennsylvania