### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ASHER BRONSTIN,** individually and on behalf of all others similarly situated, *Plaintiff*, v. **VIASAT INC.** *Defendant.* | Case No. 1:25−CV−00927−KMN  **CLASS ACTION**  **JURY TRIAL DEMANDED** |

### UNOPPOSED MOTION FOR EXTENSION OF TIME

The Plaintiff respectfully requests that he receive an extension of time to August 15, 2025 in order to oppose Defendant's Motion to Dismiss. This additional time is required to address all of the arguments made in the motions as well as due to the press of existing prior business and obligations.

Plaintiff,
By Counsel

Dated: July 22, 2025

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
PA Bar #333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

**CERTIFICATE OF SERVICE**

I, Andrew Perrong, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

DATED this July 22, 2025.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
PA Bar #333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com