IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ASHER BRONSTIN,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**VIASAT INC.**<br><br>*Defendant.* | Case No. 1:25−CV−00927−KMN<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

### ORDER

This matter having come before the Court on the Unopposed Motion of Plaintiff for an Extension of Time to File a Response to the Defendant's Motions to Dismiss until and including August 15, 2025, and the Court being sufficiently advised, IT IS HEREBY ORDERED that Plaintiff's Motion for an Extension of Time is GRANTED, and Plaintiff is granted an extension of time to file a Response to the Motions to Dismiss until and including August 15, 2025.

DATED this 24th Day of July, 2025.

s/Keli M. Neary
U.S. District Judge