IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ASHER BRONSTIN, individually and on behalf of all others similarly situated,** | : | CIVIL ACTION NO. 1:25-CV-927 |
| | : | |
| | : | (Judge Neary) |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | |
| **VIASAT, INC.,** | : | |
| | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 30th day of July, 2025, upon consideration of ViaSat, Inc.'s pending motion (Doc. 11) to dismiss, and its pending motion (Doc. 18) to bifurcate discovery, and the court finding that the pending motions necessitate modification of the current briefing schedule, as well as modification to the discovery process, it is hereby ORDERED that:

1. Further briefing on ViaSat, Inc.'s motion (Doc. 18) to bifurcate discovery is STAYED pending further order of the court.

2. Discovery in this matter is STAYED pending further other of the court except that each party may continue to serve, and seek to enforce, third-party subpoenas.

3. Briefing shall continue as provided in the Local Rules on ViaSat, Inc.'s motion (Doc. 11) to dismiss.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania