**Friend, looks like you forgot something...**
1 message

**Viasat Internet** <viasatinternet@info.viasat.com>  Fri, Apr 19, 2024 at 4:26 PM
Reply-To: marketoinbox@info.viasat.com

To view this email as a web page, click here



# Ready when you are...

## get no-worry internet now!

**GET UNLIMITED INTERNET**



### Break free from internet limits with Viasat Unleashed

✓ Unlimited data

✓ No contract

✓ Fast, reliable connection

## GET VIASAT UNLEASHED

No contract is not available in all locations and only available to new Viasat customers. No contract means there is no minimum service term commitment. You may cancel at any time. If your data usage is trending to exceed the "typical usage" of a residential user on our network, you may have reduced priority during times of network congestion resulting in slower speeds. Typical usage currently means usage trending to not exceed 850 GB in any 30-day period. The typical usage amount will vary based on network demands. Please visit www.viasat.com/legal for more details. Speeds are "up to," are not guaranteed and will vary. One-time standard installation fee may be charged at the time of sale. Monthly service fee, equipment lease fee and taxes apply. Service is not available in all areas. Offer may be changed or withdrawn at any time.

Copyright © 2024 Viasat, Inc. All rights reserved. Viasat, the Viasat logo and the Viasat signal are registered trademarks of Viasat, Inc. All other product or company names mentioned are used for identification purposes only and may be trademarks of their respective owners.

Viasat, Inc., 6155 El Camino Real, Carlsbad, CA 92009-1699

© 2024, Viasat Inc.

This email was sent ▓▓▓▓▓▓▓▓ To unsubscribe from future marketing emails click here