# EXHIBIT E



IP HORIZON LLC
2901 Clint Moore Suite 2, #215
Boca Raton, FL 33496

August 25, 2025

Telephone Number: 931-413-8533/ Civil Action No. 1:25-cv-00927

Good day,

This is in response to the subpoena received August 25, 2025, requesting information from IP Horizon concerning the above-referenced telephone number. IP Horizon is a wholesale DID provider for the number 931-413-8533 that only offers services to other Service Providers. The referenced telephone number is assigned to our sister company HFA Services LLC, dba Skyetel, which in turn has the following customer of record for the referenced number, (Vopial Inc from 01/08/2024 through 03/25/2025). Thereafter, the number was assigned to (Fibernetics Corp. from 04/02/2024 through 08/07/2024). The number was then assigned to (Number Access LLC from 02/18/2025 through 05/27/2025). The number 931-413-8533 is not assigned to any customer from 05/28/2025 to present).

For subscriber and/or additional information, please contact Vopial Inc., Fibernetics & Number Access LLC.

Customer: Vopial Inc
Street: 651 N Broad St
City: Middletown
State: DE
Postal Code: 19709
Country: USA
Phone: 832▮▮▮4080
Email: ▮▮▮▮▮▮▮▮

Customer: Fibernetics Corporation
Street: 96 Grand Avenue
City: Cambridge,
State: Ontario
Postal Code: N1S 2L9
Country: Canada
Phone: 416▮▮▮1056
Email: ▮▮▮▮▮▮▮▮

Customer: Number Access LLC
Street: 2701 Devils Glen Rd, Suite 200
City: Bettendorf
State: Iowa
Postal Code: 52722
Country: United States
Phone: 563▮▮▮0000
Email: ▮▮▮▮▮▮▮▮

Stacy Finkelstein
IP Horizon LLC
Main: 888.444.1111