# EXHIBIT F



IP HORIZON LLC
2901 Clint Moore Suite 2, #215
Boca Raton, FL 33496

August 25, 2025

Telephone Number: 530-235-8385/ Civil Action No. 1:25-cv-00927

Good day,

This is in response to the subpoena received August 25, 2025, requesting information from IP Horizon concerning the above-referenced telephone number. IP Horizon is a wholesale DID provider for the number 530-235-8385 that only offers services to other Service Providers. The referenced telephone number is assigned to our sister company HFA Services LLC, dba Skyetel, which in turn has the following customer of record for the referenced number, (Vopial Inc from 01/08/2024 through 03/25/2024) The number was then assigned to (Number Access LLC from 09/29/2024 through 01/27/2025) Thereafter, the number was assigned to (Ahoi LLC/Active AI Inc. from 05/13/2025 to present).

For subscriber and/or additional information, please contact Vopial Inc., Number Access LLC &

Customer: Vopial Inc
Street: 651 N Broad St
City: Middletown
State: DE
Postal Code: 19709
Country: USA
Phone: 832████4080
Email: ████████████

Customer: Number Access LLC
Street: 2701 Devils Glen Rd, Suite 200
City: Bettendorf
State: Iowa
Postal Code: 52722
Country: United States
Phone: 563████0000
Email: ████████████

Customer: Ahoi LLC (Active AI Inc.)
Street: 1712 Pioneer Avenue
City: Cheyenne
State: WY
Postal Code: 82001
Country: USA
Phone: 720████3777
Email: ████████████

Please contact me directly with any questions you may have with regard to this response.

Sincerely,
Stacy Finkelstein
IP Horizon LLC
Main: 888.444.1111