# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | Civil Action No. 1:25-cv-00927-KMN<br>(Hon. Keli M. Neary) |

## ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (the "Motion") and any opposition thereto, it is hereby ORDERED that: (1) the Motion is GRANTED for all of the reasons stated therein; and (2) Plaintiff's First Amended Complaint (*see* Dkt. 21) is hereby DISMISSED WITH PREJUDICE.

By:_____

Hon. Keli M. Neary

United States District Judge