IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ASHER BRONSTIN,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**VIASAT INC.**<br><br>*Defendant.* | Case No.<br>1:25-cv-00927<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

The Plaintiff, Asher Bronstin, respectfully moves for an extension, up to and including September 26, 2025, to respond to Defendant ViaSat Inc.'s Motion to Dismiss. Plaintiff requires the additional time to appropriately respond to Defendant's motion, owing to the press of existing business and obligations. Defendant does not oppose the requested relief.

RESPECTFULLY SUBMITTED AND DATED this September 9, 2025.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
M.D. Pa. Bar #333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Attorney for Plaintiff and the Proposed Class*

1

## **CERTIFICATE OF SERVICE**

    I, Andrew Roman Perrong, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

    DATED this September 9, 2025.

                                        */s/ Andrew Roman Perrong*
                                        Andrew Roman Perrong, Esq.