IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ASHER BRONSTIN,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**VIASAT INC.**<br><br>*Defendant.* | Case No. 1:25-cv-00927<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING**
**UNOPPOSED MOTION FOR EXTENSION OF TIME**

This matter having come before the Court on the Unopposed/Stipulated Motion of Plaintiff for an Extension of Time until and including September 26, 2025, and the Court being sufficiently advised, IT IS HEREBY ORDERED that Plaintiff's Motion for an Extension of Time is GRANTED, and Plaintiff is granted an extension of time to file an opposition to Defendant's Motion to Dismiss until and including September 26, 2025.

DATED September 11, 2025.

/s/ Keli M. Neary

J.

1