# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ASHER BRONSTIN,** individually and on behalf of all others similarly situated, | Case No. 1:25−CV−00927−KMN |
| *Plaintiff*, | **CLASS ACTION** |
| *v.* | **JURY TRIAL DEMANDED** |
| **VIASAT INC.** | |
| *Defendant.* | |

## [PROPOSED ORDER DENYING]
## DEFENDANT'S MOTION TO DISMISS

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED

that the Defendant's Motion to Dismiss is hereby DENIED.


*BY THE COURT:*



_____

J.