# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ASHER BRONSTIN,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**VIASAT INC.**<br><br>*Defendant.* | Case No.<br>1:25−CV−00927−KMN<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

### [PROPOSED ORDER DENYING] VIASAT'S MOTION TO BIFURCATE DISCOVERY

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Defendant's Motion to Bufurcate is hereby DENIED.

*BY THE COURT:*

_____

J.