## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all other similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>VIASAT, INC.,<br><br>  Defendant. | Civil Action No. 1:25-cv-00927-KMN<br><br>(Hon. Keli M. Neary) |

## UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS

Defendant Viasat, Inc. ("Defendant") respectfully submits this **unopposed** motion to extend the time by which Defendant must submit a reply in support of its Motion to Dismiss Plaintiff's First Amended Complaint (*see* Dkt. 23, "Motion") by a period of no longer than fourteen (14) days, to and including October 24, 2025. In support thereof, Defendant states the following:

1.      Plaintiff filed his First Amended Complaint in this action on August 15, 2025. *See* Dkt. 21.

2.      Defendant timely filed its Motion on August 29, 2025. *See* Dkt. 23 and 24.

3.      On September 9, 2025, Plaintiff filed an unopposed motion to extend his deadline to file a response in opposition to the Motion, to and including September 26, 2025, which the Court granted on September 11, 2025.  *See* Dkts. 25 & 26.

4.      Plaintiff filed his response in opposition to the Motion on September 26, 2025. *See* Dkt. 30 ("Response"). Defendant's reply in support of its Motion is presently due on October 10, 2025.

5.      Due to several personal and professional scheduling conflicts with the current reply

deadline (including motions due and hearing scheduled in other matters around the same time period) and due to the complexity of the issues surrounding the Motion and Plaintiff's Response (including the legal and factual issues involved), Defendant and its counsel requires additional time to review and respond to Plaintiff's arguments in his Response and to prepare an adequate reply brief.

6.      Defendant's counsel has conferred with Plaintiff's counsel (Andrew Perrong), who indicated in writing on September 30, 2025 that Plaintiff does <u>not</u> oppose a fourteen (14) day extension of Defendant's deadline to file a reply in support of its Motion.

7.      Pursuant to the requested and agreed to extension, if granted, Defendant's new deadline to answer, move or otherwise respond to the Complaint would be October 24, 2025.

8.      This is Defendant's first request for an extension of this deadline.

9.      No other case deadlines will be impacted by the requested extension.

10.     This motion is made in good faith and not for the purpose of delay.

11.     No party to this action will be unduly prejudiced by the granting of the requested extension of time, especially as the parties are in agreement. An extension will not impact the timely resolution of this matter, or any other deadlines, as this case is still in its early stages.

12.     Thus, Defendant respectfully submits that there is sufficient "good cause" to grant the requested extension, for at least the reasons provided above.

WHEREFORE, for all of the reasons above, Defendant respectfully requests that the Court enter an order extending its deadline to submit s reply in support of its Motion, to and including October 24, 2025. A proposed order has been included for the Court's consideration.

Dated: September 30, 2025              Respectfully submitted,

                                        By: _/s/ A. Paul Heeringa_____

                                        (Admitted *Pro Hac Vice*)

MANATT, PHELPS & PHILLIP, LLP
1050 Connecticut Avenue, NW, Suite 600
Washington, D.C. 20036
Telephone: 202-585-6500
jmcguinness@manatt.com
pheeringa@manatt.com

FREDERICK P. SANTARELLI (PA 53901)
STEVEN C. TOLLIVER, JR. (PA 327165)
ELLIOTT GREENLEAF, P.C.
Union Meeting Corporate Center V
925 Harvest Drive, Suite 300
Blue Bell, PA 19422
(215) 977-1000 (phone)
FPSantarelli@elliottgreenleaf.com
sct@elliottgreenleaf.com

*Counsel for Defendant Viasat, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 30, 2025, I filed the foregoing electronically through the Court's CM/ECF system, which caused the following parties or counsel to be served by electronic means on all parties and their respective counsel of record.

*/s/ A. Paul Heeringa*