IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | Civil Action No. 1:25-cv-00927-KMN<br><br>(Hon. Keli M. Neary) |

**ORDER GRANTING UNOPPOSED MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS**

This matter, coming to be heard on Defendant's "Unopposed Motion for an Extension of Time for Defendant to File a Reply In Support of Its Motion to Dismiss" (hereafter, the "Motion"), due notice having been given, the Court being fully apprised in the premises thereof, the Motion being <u>unopposed</u>, and for good cause shown, **IT IS HEREBY ORDERED THAT**: (a) the Motion is **GRANTED** for the reasons stated therein; and (b) Defendant shall have until **October 24, 2025** to file a reply in support of its Motion to Dismiss Plaintiff's First Amended Complaint (*see* Dkt. 23).

SO ORDERED THIS 2nd DAY OF October, 2025,

By: /s/ Keli M. Neary
Hon. Keli M. Neary
United States District Judge