# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all other similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>VIASAT, INC.,<br><br>  Defendant. | Civil Action No. 1:25-cv-00927-KMN<br>(Hon. Keli M. Neary) |

## SUPPLEMENTAL DECLARATION OF A. PAUL HEERINGA

I, A. Paul Heeringa, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1.     I am over 18 years of age. Unless otherwise stated, the information set forth herein and below is true and correct, is based on my own personal knowledge, and if asked to testify thereto, I could and would do so competently.

2.     I submit this Declaration in support of "Defendant's Reply in Support of Its Motion to Dismiss Plaintiff's First Amended Complaint" (the "Reply"), filed contemporaneously herewith by Defendant Viasat, Inc. ("Viasat") in the above-captioned matter (the "Action"). Nothing in this Declaration is intended to amend or correct any previous declaration I have given in this Action, unless expressly noted.

3.     I am a Partner the law firm of Manatt, Phelps & Phillips, LLP, based in Chicago. I have been licensed to practice law in the State of Illinois since 2006. I am

1

permanently admitted to the Bar of the State of Illinois and several federal district courts. I am in good standing in all jurisdictions where I am admitted.

4. I am counsel of record for Viasat in the Action, appearing *pro hac vice*.

5. The first time that Plaintiff's counsel was notified that Viasat did not call Plaintiff was on a meet-and-confer phone call occurring on July 11, 2025. I have had multiple discussions with opposing counsel in this regard since then.

6. The parties held a Rule 26(f) conference, by phone, on July 18, 2025. As such, discovery in the Action commenced on that date. Though the Court *sua sponte* temporarily stayed party-related discovery on July 30, 2025 to facilitate briefing on Viasat's original motion to dismiss, the parties were still allowed to "continue to serve, and seek to enforce, third-party subpoenas" thereafter. Dkt. 20. That stay was lifted on August 19, 2025, after Plaintiff amended. *See* Dkt. 22.

7. On August 7, 2025, I sent the records that Viasat obtained from T-Mobile via subpoena, as discussed in the Reply, to Plaintiff's counsel via email.

8. Attached hereto as **Exhibit A** is a true and correct copy of the subpoena served by Plaintiff on a third party, Google Fi, in this Action. The return date was September 8, 2025. It has been partially redacted for confidentiality purposes, but I understand that a complete unredacted copy is in Plaintiff's possession and it can be provided to the Court on request. Opposing counsel notified our office, via email, of Plaintiff's intent to serve that subpoena on August 25, 2025. Upon information and

belief, it was duly served on Google Fi at some point thereafter. To my knowledge, Google Fi has not responded to that subpoena. Plaintiff's counsel has not provided us with any documents produced or notified us of any response by Google Fi.

9. Attached hereto as **Exhibit B** is a true and correct copy of Plaintiff's written responses to Viasat's discovery requests in the Action, which were served by Plaintiff's counsel on October 21, 2025. It has been partially redacted for confidentiality purposes, but I understand that a complete unredacted copy is in Plaintiff's possession and it can be provided to the Court on request. Plaintiff has not produced any responsive documents.

10. To my knowledge, the only third party subpoenas that Plaintiff has issued were to T-Mobile, IP Horizon, and Google Fi. We have not been notified of Plaintiff's intent to serve any others. Plaintiff's counsel has not provided any other documentation showing Plaintiff's receipt of the alleged calls in the Action, despite various formal and informal requests from Viasat's counsel on that issue, to date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on October 24, 2025 in LaGrange, Illinois,

By: /s/ A. Paul Heeringa
A. Paul Heeringa