IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ASHER BRONSTIN, individually and on behalf of all others similarly situated,** : | **CIVIL ACTION NO. 1:25-CV-927** |
| : | **(Judge Neary)** |
| **Plaintiff** : | |
| v. : | |
| **VIASAT, INC.,** : | |
| **Defendant** : | |

## ORDER

AND NOW, this 14th day of November, 2025, upon consideration of defendant's correspondence (Doc. 38) alerting the court to a discovery dispute that has arisen in the above-captioned matter, it is hereby ORDERED that:

1. A telephonic conference concerning defendant's correspondence (Doc. 38) is scheduled for **Wednesday, November 19, 2025, at 11:00 a.m.**

2. Plaintiff shall file a response to defendant's correspondence (Doc. 38) no later than **Tuesday, November 18, 2025**.

3. The parties shall call-in to the conference call number **646-828-7666** using the phone conference ID **161 929 6685**. At the time the call is placed, counsel for all parties shall be on the line and prepared to proceed.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania