IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | Civil Action No. 1:25-cv-00927-KMN<br>(Hon. Keli M. Neary) |

### [STIPULATED] ORDER DIRECTING NONPARTY GOOGLE LLC d/b/a GOOGLE FI TO COMPLY WITH SUBPOENA

This matter comes before the Court after a discovery dispute conference held on November 19, 2025, pursuant to Fed. R. Civ. P. 26, 34, 37, and 45 and the Court's inherent authority to manage discovery.

WHEREAS, on or about August 27, 2025, the Plaintiff duly issued and properly served a Rule 45 third party subpoena on Google LLC (hereafter, "Google") seeking "ALL Call Detail Records (incoming and outgoing), including call duration, for the Google Fi telephone number 760-705-8792 between April 17, 2024 and April 21, 2024, inclusive" (hereafter, the "Subpoena");

WHEREAS, Plaintiff is the former subscriber or account holder for the telephone number 760-705-8792 (the "Subject Phone Number");

WHEREAS, Google, through its "Google Fi" brand or entity, was the carrier

1

for the Subject Phone Number during the relevant time period;

WHEREAS, Google has not responded to the Subpoena and provided the documents the Plaintiff has requested, despite the attached communications with Google's Subpoena email address;

WHEREAS, Plaintiff has asserted that no longer has access to his Google FI records after he transferred the number to T-Mobile, and thus are therefore currently in Google's exclusive possession, care, custody, and control, and cannot be obtained from another source;

WHEREAS, the Court directed the parties to submit a proposed order compelling Googles compliance with the Subpoena;

WHEREAS, the Court finds that it has personal jurisdiction and authority under Rule 45 to compel Google to respond to the instant Subpoena (see FED. R. CIV. P. 45(c)(2)(A); *Langsam-Borenstein P'ship by Langsam v. NOC Enters., Inc.*, 137 F.R.D. 217, 218 (E.D. Pa. 1990)), as Google's registered office in Harrisburg lies within 100 miles of straight-line distance from the place where production is sought, at Plaintiff's counsel's office in Glenside, PA;

WHEREAS, the Court further finds that the data sought by the Subpoena is relevant and proportional to the needs of the case; and

WHEREAS, the Parties to this action have agreed to this stipulated order and

have requested entry of same, and the Court has found good cause to do so;

IT IS THEREFORE ORDERED, DECREED, and ADJUDGED that:

No later than 14 days after service of this order upon the Registered Agent for Google LLC by Plaintiff's counsel (notice of which is to be provided to Defendant's counsel), Google shall respond to the Subpoena and provide all Call Detail Records (incoming and outgoing), including call duration, for the Google Fi telephone number 760-705-8792 between April 17, 2024 and April 21, 2024, inclusive.

If Google LLC contends that compliance with this Order would be unduly burdensome, impossible, or otherwise improper, it may, within 14 days of service of this Order on it, move to quash or modify the subpoena pursuant to FED. R. CIV. P. 45(d)(3). Absent such a motion, Google LLC shall comply fully with this Order.

IT IS SO ORDERED

*BY THE COURT:*

_____
Hon. Keli M. Neary, J.

Dated: December 19, 2025

So Stipulated and Respectfully submitted,

*/s/ Andrew Roman Perrong (with permission)*
ANDREW ROMAN PERRONG
(PA Bar # 333687)
PERRONG LAW, LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
Phone: 215-225-5529
Fax: 888-329-0305
a@perronglaw.com

*Counsel for Plaintiff*

*/s/ A. Paul Heeringa*
JOHN W. MCGUINNESS
(*Pro Hac Vice* to be requested)
A. PAUL HEERINGA
(Admitted *Pro Hac Vice*)
MANATT, PHELPS & PHILLIP, LLP
1050 Connecticut Avenue, NW, Suite 600
Washington, D.C. 20036
Telephone: 202-585-6500
Facsimile: 202-585-6600
jmcguinness@manatt.com
pheeringa@manatt.com

FREDERICK P. SANTARELLI (PA 53901)
STEVEN C. TOLLIVER, JR. (PA 327165)
ELLIOTT GREENLEAF, P.C.
Union Meeting Corporate Center V
925 Harvest Drive, Suite 300
Blue Bell, PA 19422
(215) 977-1000 (phone)
(215) 977-1099 (fax)
FPSantarelli@elliottgreenleaf.com
sct@elliottgreenleaf.com

*Counsel for Defendant Viasat, Inc.*