# EXHIBIT A

1           COMTUER:  …Dot…

2           MALE 1:  Hello?

3           MALE 2:  Hello, this is [INDISCERNIBLE 00:00:05]?

4           MALE 1:  Hello?

5           MALE 2:  Hello, are you here?

6           MALE 1:  This is Sam, how are you doing today?

7           MALE 2:  [INDISCERNIBLE 00:00:12] can you hear me?

8           ASH BRONSTIN:  I'm doing okay.

9           MALE 1:  Ok, perfect.  The reason for my call is to let you know
10    the internet service rates have been dropped down on your local area.
11    So, do you have any internet service at your home?

12          ASH BRONSTIN:  Yeah.

13          MALE 1:  No.  So, just to see if you are qualified or not, may I
14    know your ZIP code?

15          ASH BRONSTIN:  Sure, ▮▮▮▮.

16          MALE 1:  ▮▮▮▮, okay.  Sir, what is your first and last name?

17          ASH BRONSTIN:  Ash Bronstin.

18          MALE 1:  Ash Bronstin, ok…

1     I hereby certify that the foregoing is, to the best of my
2 knowledge and belief, a true and accurate transcription from English to
3 English.
4
5     *Anders Nelson*
      Anders Nelson (Jan 20, 2026 23:08:04 EST)
6     _____
7     Anders Nelson
8     Project Manager
9     TransPerfect Legal Solutions
10
11
12     January 20, 2026
13
14
15
16
17
18
19
20
21
22
23
24
25

2