# EXHIBIT B

1          MALE 1:  Hello, sir.  Your call [INDISCERNIBLE 00:00:04] the

2     client now, sorry.  So, I have my verifier online.  He will assess more

3     information.  So…

4          ASH BRONSTIN:  All right.

5          RYAN WILSON:  Thank you for calling.  My name is Ryan Wilson.  I

6     am the verification officer.  Who do I have the pleasure of speaking

7     with today?

8          ASH BRONSTIN:  My name's [INDISCERNIBLE 00:00:22].

9          RYAN WILSON:  Hey, sir.  How is your day going so far?

10         ASH BRONSTIN:  All right.

11         RYAN WILSON:  Great.  Good to hear that.  A good name is Don?

12         ASH BRONSTIN:  Sorry, what was that?

13         RYAN WILSON:  I am sorry.  Can I ask you one more time, your good

14    name?

15         ASH BRONSTIN:  [INDISCERNIBLE 00:00:42].

16         RYAN WILSON:  Oh, Ash, okay.  Hey, Ash, well, your call is

17    connected over to me, and I am very happy to assist you.  You are

18    qualified to getting a new internet service at your home.  Ash, I have

19    your ZIP code with me.  It is ███████).  That's right?

20         ASH BRONSTIN:  Correct.

21         RYAN WILSON:  Okay, and you have an internet service right now at

22    your home?

23         ASH BRONSTIN:  I do.

24         RYAN WILSON:  Can I ask you what is the name of your provider?

25         ASH BRONSTIN:  Spectrum.

1

1    RYAN WILSON:  Spectrum, and how much do you pay for that?

2    ASH BRONSTIN:  Oh, man!  It's bundled with the TV, I think, with

3    the router and so on [INDISCERNIBLE 00:01:23].

4    RYAN WILSON:  Okay.  Well, Ash, if I am going to save your money,

5    like if I am going to provide you with some cheaper and better rates in

6    your ZIP code, so would you be interested to getting a new service?

7    Like, would you be interested to think about it, what I have right now,

8    that you just simply look at the codes?  That sounds pretty good for

9    you?

10    ASH BRONSTIN:  Yeah, I'm open to it.

11    RYAN WILSON:  Okay.  So, pretty much all the work is done now

12    from my side.  What I'm going to do for you, I'm going to connect your

13    call to the license agent in your ZIP code, like ██████, leave it on the

14    line.  They're going to let you know which type of promotion are

15    available in your ZIP code and how you can get that, all right?

16    ASH BRONSTIN:  Okay.

17    RYAN WILSON:  I appreciate your time and your patience.  Just

18    give me one quick moment.  I'm going to connect your call.  There you

19    go.

20    COMPUTERL  Thank you for calling.  A sales specialist will help

21    you in less than 30 seconds.

22    ANGEL:  Hi, thank you so much for calling.  My name is Angel on a

23    recorded line.  I am your home services advisor.  Tell me, how can I

24    help you today?

25

1    ASH BRONSTIN:  [INDISCERNIBLE 00:02:45] apparently, you guys

2    might have a cheaper internet option for me?

3    ANGEL:  Well, please provide me your address, so I can see

4    affordable prices for you, okay?

5    ASH BRONSTIN:  ████████████████████████████████A,

6    ████████████████████████████████████

7    ANGEL:  Thank you so much, sir.  Give me just one moment.  Is

8    this a house or an apartment?

9    ASH BRONSTIN:  It's a house.

10   ANGEL:  Thank you.  In case for the installation, are you the

11   homeowner, or do you pay rent?

12   ASH BRONSTIN:  I'm the owner.

13   ANGEL:  Oh, you're the owner.  Awesome.  ██████████████████

14   ██████████

15   ASH BRONSTIN:  You got it.

16   ANGEL:  Thank you, sir.  All right, give me just one moment.

17   Well, sir, the most affordable price that we have for you in your area

18   is going to be a monthly price for $94 for the internet, unlimited

19   internet.  It's going to be with [PH 00:04:23] Viasat, the strongest

20   one and the most reliable and stable company when it comes to satellite

21   service, okay, but that is the most affordable one that we have today.

22   ASH BRONSTIN:  I'm sorry.  You said satellite?

23   ANGEL:  Yes, satellite.

24   ASH BRONSTIN:  How fast is it?

25   ANGEL:  It's going to be 150 megabits per second of the internet.

1      ASH BRONSTIN:  That's not bad, and how much was that?

2      ANGEL:  It's going to be a monthly price for $114,

3      [00:05:00]

4      but I can give you a discount for $20 for three months.

5      ASH BRONSTIN:  How long is the contract?

6      ANGEL:  No contract.

7      ASH BRONSTIN:  And then is there any equipment cost upfront, or

8      installation costs?

9      ANGEL:  No.  No, no installation costs.  Well, that depends on

10     the credit check.  We can run a soft credit check, and it will let you

11     know if you have to make any payment in advance today or next month.

12     If I try, it can tell you if you have to make any payment today.  If

13     not, you can go ahead, and you can take the service today.  What do you

14     think?

15     ASH BRONSTIN:  Yeah, all right.  No contract, let's try it.

16     ANGEL:  Okay.  So, in that case, can you please provide me your

17     first and last name?

18     ASH BRONSTIN:  Sure, Ash, A-S-H.  Last name is Bronstin, B-R-O-N-

19     S-T-I-N.

20     ANGEL:  Thank you.  It's only Ash, A-S-H?

21     ASH BRONSTIN:  Correct.

22     ANGEL:  Thank you, I appreciate it.  Can you please provide me

23     your email address?

24

25

1      ASH BRONSTIN:  Sure.  It's Ash, or [INDISCERNIBLE 00:06:13] yeah,

2   well, I'll use my regular. ████████████████████████████

3   ████████████████████████

4      ANGEL:  ████████████████████

5      ASH BRONSTIN:  Yep.

6      ANGEL:  Thank you.  So, double U, correct?

7      ASH BRONSTIN:  Yes, two U's.

8      ANGEL:  Two U's, thank you, and is this your phone number, the

9   one ending in 8792?

10     ASH BRONSTIN:  Correct.

11     ANGEL:  Thank you, sir.  Give me one moment.  So, now, we want to

12  verify that we are speaking with someone older than 18 years old.  Can

13  you please provide me your date of birth?

14     ASH BRONSTIN:  Sure, ████████████████

15     ANGEL:  Thank you. ██████████████████████ almost.

16     ASH BRONSTIN:  Yeah, almost.

17     ANGEL:  Okay.  All right, give me just one moment.  Do you have

18  any plan for this weekend?

19     ASH BRONSTIN:  Yep, going to go out of town to visit a family

20  member in the hospital.

21     ANGEL:  Oh, okay.  All right.  Thank you.  Okay.  So, for sure,

22  everything is going to go well for your family, okay?

23     ASH BRONSTIN:  Okay.  I hope so.

24     ANGEL:  Yes, of course.  Okay, Ash.  So, now, like I said, we are

25  going to run a soft credit check.  No worries.  This is not going to

1    impact your credit score, okay?  So, do I have your permission to pre-

2    qualify you?

3         ASH BRONSTIN:  Sure.

4         ANGEL:  Thank you.  So, in that case, can you please provide me

5    only the last four digits of the Social Security number, only the last

6    four?

7         ASH BRONSTIN:  Sure, ██████

8         ANGEL:  Thank you so much.  Give me just one moment.  Okay, give

9    me one moment.  Okay, sir.  I will just go ahead and get straight to

10   the point.  We need to make a payment in advance today, all right?  I'm

11   so sorry.  It's going to be a payment for $300 today.  [INDISCERNIBLE

12   00:09:57].

13        ASH BRONSTIN:  So, what is the refund policy if I

14        [00:10:00]

15        try the service for a month, and it just isn't working for me?

16        ANGEL:  Sorry, this company doesn't provide like a refundable

17   price.  I apologize, sir.

18        ASH BRONSTIN:  Okay, yeah, I'll [INDISCERNIBLE 00:10:18].

19        ANGEL:  We have another option for you.

20        ASH BRONSTIN:  I'm sorry, what was that?

21        ANGEL:  We have another option.  It's going to be… yeah.  I have

22   another option for you.  It's going to be with the company Airlink,

23   okay?  They provide 45 megabits per second of the internet.  It's

24   unlimited as well, and it's no contract, all right?  So, it's a monthly

25   price for, let me see, $94 a month.

1    ASH BRONSTIN:  No, I'd rather do the satellite…. right, you said

2    satellite was 150 speed?

3    ANGEL:  150 megabits per second of the internet.  By making a

4    payment today for the installation, it's going to be for the

5    installation of $300.

6    ASH BRONSTIN:  Okay.  Yeah, let's do that.

7    ANGEL:  Okay, got it.  Give me just one moment, okay?

8    ASH BRONSTIN:  All right.

9    ANGEL:  Give me one moment.  Okay, give me just one moment, sir.

10   Also, as a new customer, I'm going to give you $20 discount for three

11   months, okay?  So, the monthly price is going to be $114 minus $20.

12   It's going to be $94.99, okay, for three months.

13   ASH BRONSTIN:  Okay.

14   ANGEL:  All right, sir.  Give me one moment.  The closest

15   installation that I have is going to be on Tuesday, on the 23rd,

16   between 8:00 AM to 11:00 AM.  Is that okay?

17   ASH BRONSTIN:  Do you have anything in the afternoon?

18   ANGEL:  Yes, I got between 11:00 AM and 2:00 PM, or 2:00 PM and

19   5:00 PM.

20   ASH BRONSTIN:  Let's do 2:00 PM to 5:00 PM.

21   ANGEL:  All right.  Give me just one moment.  Okay, Ash.  So,

22   now, let's go ahead now today with the one-time upfront payment, okay?

23   It's a one-time payment for $300.  Do you want to use a Visa or

24   MasterCard?

25   ASH BRONSTIN:  ████

1          ANGEL:  Okay, I'm ready for the card information when you are.

2          ASH BRONSTIN:  Sure, it's ███████████████.

3          ANGEL:  Thank you so much.  Can you please provide me the

4     expiration date?

5          ASH BRONSTIN:  It is ██████.

6          ANGEL:  Thank you.  Can you please provide me the CVV or the

7     security code?

8          ASH BRONSTIN:  Oh, ██████.

9          ANGEL:  Thank you.  The postal code of this card is the same one,

10    92630?

11         ASH BRONSTIN:  Correct.

12         ANGEL:  Thank you.  Are you the owner of this debit card?

13         ASH BRONSTIN:  Credit card, yes.

14         ANGEL:  Credit card.  Are you the owner of this credit card, yes?

15         ASH BRONSTIN:  Yes, I am.

16         ANGEL:  Thank you so much.  Okay, let me see.  So, we can make

17    the payment upfront.  In the meantime, get ready a pen and paper to

18    write down your account number, okay?

19         ASH BRONSTIN:  Okay.

20         ANGEL:  Thank you.  One moment, please.

21         ASH BRONSTIN:  Oh, what's the name of the internet provider?

22         ANGEL:  It's going to be Viasat.

23         ASH BRONSTIN:  You said Viasat?

24         ANGEL:  It's the provider, Viasat, V as in Victor, I, A as in

25    apple, S-A-T.

1      ASH BRONSTIN:  Okay, okay.

2      ANGEL:  Viasat.  Yes, sir.  Sir, it says that it was declined.

3  Your credit card was declined.  Just did you receive any kind of

4  confirmation or authorization from your bank account?

5      ASH BRONSTIN:  Let me check.

6      [00:15:00]

7      ANGEL:  Sure, any kind of text message or an email, something?

8      ASH BRONSTIN:  Weird.  No, nothing's coming, nothing… I mean, I

9  don't know about email, but I don't have any texts, and if there was a

10  problem, I should have gotten a text.

11      ANGEL:  All right.  All right, maybe do you have any other debit

12  card or credit card that we can use today?  Because this one says that

13  it exceeds limit.

14      ASH BRONSTIN:  Gotcha.  Oh, all right, I do have a text.  Okay.

15  Oh, fraud alert, that's why.  Okay.  So, question: then what… So,

16  Viasat's the internet provider.  What's the name of your company, the

17  company that's calling me?

18      ANGEL:  Viasat Authorized Retailer.

19      ASH BRONSTIN:  Yeah, you're a Viasat Authorized Retailer, but

20  what's the name of the company?

21      ANGEL:  Well, that's our name.  This is the name of the office,

22  Authorized Retailer, because we are Viasat.  We are Viasat, but we are

23  an authorized retailer of them.  We are like, you know, a store, to say

24  it like that.

25

1        ASH BRONSTIN:  Yeah, I know what an authorized retailer is.  So,

2   the name of the entity is Viasat Authorized Retailer?

3        ANGEL:  Yes.

4        ASH BRONSTIN:  What state are you guys based out of?

5        ANGEL:  Right now, we are in California.

6        ASH BRONSTIN:  Oh, all right.  Well, [INDISCERNIBLE 00:16:52] to

7   verify that.  Hold on.

8        ANGEL:  This office is in California.

9        ASH BRONSTIN:  So, California, the California Secretary of State

10  has no record of any entity named Viasat Authorized Retailer.  So,

11  what's the actual name of the entity?

12       ANGEL:  Sure, it's Viasat, like V as in Victor, I-A-S-A-T.  So,

13  Viasat Authorized Retailer, but we work with more than ten companies.

14  So, basically, we are an authorized retailer with more than ten

15  companies, and our name, you can Google that… like, The Fastest

16  Internet.

17       ASH BRONSTIN:  I'm sorry, you said The Fastest Internet?

18       ANGEL:  Yeah, getthefastestinternet.com.

19       ASH BRONSTIN:  Got it.

20       ANGEL:  So, go to the… getthefastestinternet.com.  So, you can

21  see our website, Get the Fastest Internet, or Get the Fast… yeah, Get

22  the Fastest Internet.

23       ASH BRONSTIN:  I must be spelling something wrong.  Hold on, let

24  me check.  So, just to clarify, Get, G-E-T, the, T-H-E, Fastest, F-A-S-

25  T-E-S-T, Internet, I-N-T-E-R-N-E-T, dotcom?

1          ANGEL:  Yes.

2          ASH BRONSTIN:  There is… So, that comes back with a site can't

3     be reached.

4          ANGEL:  Give me one moment.  Let me confirm that.  Give me one

5     second.  Get the Fastest Internet.  Let me see.  Let me [PH 00:18:52]

6     tell you the website.  One moment, please.

7          ASH BRONSTIN:  Okay.

8          ANGEL:  Get the Fastest Internet, one moment, so I can find the

9     URL.  One moment.  Just a moment, sir.

10         [00:20:00]

11         It's going to be, yeah, getthefastestinternet.com.  You're not

12    able to see it?

13         ASH BRONSTIN:  I am not.

14         ANGEL:  G-E-T T-H-E fastest internet.

15         ASH BRONSTIN:  No, that is not coming up.

16         ANGEL:  Not yet, sir?

17         ASH BRONSTIN:  No, there's an error, and it says 'this website

18    cannot be reached'.

19         ANGEL:  Oh, that's weird, sir, definitely, yeah.  Yeah, that is

20    the name of our company.  Basically, we buy assets… Well, I understand

21    how you may feel right now, but you can check the information on

22    buyassets.com, so you can see, like, the internet speed that we

23    provide, always, to the customers on your area.  It's going to be

24    always 150 megabits per second of the internet and no contract, no

25    long-term contract, okay?  It's a month-to-month contract, all right?

1    It's not like a two-year or three-year or one-year contract.  It's

2    month-to-month, all right, and basically, sir, that is, like,

3    information that we can tell you today.  We work with more than ten

4    companies for the internet service right now on your area.  The best

5    company that we have for you is going to be with Viasat.

6        ASH BRONSTIN:  Right, I understand.  The issue is I get that you

7    guys are… you say that you're representing Viasat, but I can't validate

8    your company, and you guys are actually supposed to tell me who you are

9    before these phone calls begin.

10       ANGEL:  Sir, we… sure.  Sure, sir, but the most I can tell you

11   today is that we are a Viasat authorized retailer.  At the end of the

12   call… and I promise I'm not going to hang up on you… that I'm going to

13   send you all the information to your email.  That's why I requested

14   your email at the beginning, so I can send you all the information to

15   your email address, and you have clear expectations about everything.

16       ASH BRONSTIN:  I appreciate that, but I would need to validate

17   your company, which I'm unable to do, right?  Both company names you've

18   given me don't exist in California.

19       ANGEL:  I would like to tell you exactly where we are located,

20   but for security and policy reasons, I cannot tell you.  It's in

21   California, but I cannot tell you what city we are, so you can have,

22   like, more information.  It's only for security reasons, but, sir, I'd

23   like to say…

24       ASH BRONSTIN:  Right, but here's the issue: federal law says that

25   you are required to tell me the true entity name at the beginning of

1    the call, within the first 30 seconds.  So, you might have security

2    concerns, but the law says you have to identify the true entity name

3    within 30 seconds of the call.

4         ANGEL:  Sure, sir.  I know that.  I know that for sure, and I

5    understand your point, but that's why our name is Viasat Authorized

6    Retailer, and we have our website that is called

7    getthefastestinternet.com.

8         ASH BRONSTIN:  Yeah, your website doesn't work, and there's no

9    company in California named Viasat Authorized Retailer.

10        ANGEL:  It's only Viasat.  Basically, it's only Viasat.  We are

11   only authorized to provide the service to the customers.

12        ASH BRONSTIN:  Right, but what… if it's not the name of your…

13        ANGEL:  I understand…

14        ASH BRONSTIN:  Wait… okay.

15        ANGEL:  Go ahead, go ahead, sorry.

16        ASH BRONSTIN:  That's not even… Viasat isn't even Viasat's actual

17   entity name.

18        ANGEL:  Oh, it's Viasat, the entity, the name of the company, the

19   name of the provider.  It's not really like B as in boy, it's V as in

20   Victor, V as in Victor, I-A-S-A-T [INDISCERNIBLE 00:24:58].

21        ASH BRONSTIN:  Correct, yeah, I was able

22        [00:25:00]

23        to find Viasat's website, but you aren't Viasat, and Viasat isn't

24   even the true entity name of Viasat.  So, again, I can't validate you.

25

1    Look, I appreciate your time, but I'm just going to move on and end the

2    call, okay?  No need to call back.  Thank you.

3            ANGEL:  Sure.

1    I hereby certify that the foregoing is, to the best of my

2    knowledge and belief, a true and accurate transcription from English to

3    English.

4

5

6    *Anders Nelson*
     Anders Nelson (Jan 20, 2026 23:04:49 EST)

7    Anders Nelson

8    Project Manager

9    TransPerfect Legal Solutions

10

11

12    January 20, 2026

13

14

15

16

17

18

19

20

21

22

23

24

25

15