# manatt

A. Paul Heeringa
Manatt, Phelps & Phillips, LLP
Direct Dial: (312) 529-6308
pheeringa@manatt.com

January 21, 2026

**VIA CM/ECF AND FEDEX**

Hon. Keli M. Neary
United States District Court for the Middle District of Pennsylvania
Sylvia H. Rambo United States Courthouse
1501 North 6th Street, Suite 101
Harrisburg, PA 17102

FILED
HARRISBURG, PA
JAN 23 2026
PER _____
DEPUTY CLERK

Re: *Bronstin v. Viasat, Inc.*, Case No. 1:25-cv-00927-KMN (M.D. Pa.)

Dear Judge Neary:

I am counsel of record for Defendant Viasat, Inc. ("Viasat"), appearing *pro hac vice*, in the above-referenced matter. Viasat respectfully submits the enclosed materials in relation to the "Notice of Additional Evidence in Support of Defendant's Motion to Dismiss Plaintiff's First Amended Complaint" that Viasat filed on the docket today, which contains the audio recordings referenced in the aforementioned Notice. Transcripts of the recordings are included as Exhibits A and B to the Notice.

Respectfully submitted,

/s/ A. Paul Heeringa

A. Paul Heeringa

Counsel for Defendant Viasat Inc.

Encl.

CC: All Counsel of Record (via CM/ECF), w/o encl.