IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | Civil Action No. 1:25-cv-00927-KMN<br>(Hon. Keli M. Neary) |

**MOTION TO ENTER STIPULATED ORDER STAYING DISCOVERY**

Plaintiff Asher Bronstin ("Plaintiff") and Defendant Viasat Inc. ("Defendant") (collectively the "Parties") hereby move this Honorable Court to enter the attached stipulated order staying discovery for the reasons mentioned therein.

Dated: January 28, 2026

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

1

        <u>*/s/ A. Paul Heeringa (with permission)*</u>

        John W. McGuinness
        (*Pro Hac Vice* to be Requested)
        A. Paul Heeringa
        (Admitted *Pro Hac Vice*)
        **Manatt, Phelps & Phillip, LLP**
        1050 Connecticut Avenue, NW, Suite 600
        Washington, D.C. 20036
        Telephone: 202-585-6500
        jmcguinness@manatt.com
        pheeringa@manatt.com

        Frederick P. Santarelli (PA 53901)
        Steven C. Tolliver, Jr. (PA 327165)
        **Elliott Greenleaf, P.C.**
        Union Meeting Corporate Center V
        925 Harvest Drive, Suite 300
        Blue Bell, PA 19422
        (215) 977-1000 (phone)
        fpsantarelli@elliottgreenleaf.com
        sct@elliottgreenleaf.com

        *Counsel for Defendant Viasat, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

January 28, 2026

        <u>*/s/ Andrew Roman Perrong*</u>
        Andrew Roman Perrong, Esq.