IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | Civil Action No. 1:25-cv-00927-KMN<br>(Hon. Keli M. Neary) |

## [STIPULATED] ORDER STAYING DISCOVERY

This matter comes before the Court pursuant to the request of the parties to this matter, Plaintiff Asher Bronstin's ("Plaintiff") and Defendant Viasat Inc. ("Defendant") (collectively the "Parties") pursuant and to Fed. R. Civ. P. 26(c), 16(b)(4) and the Court's inherent authority to manage discovery.

Whereas, Defendant has moved to dismiss Plaintiff's operative First Amended Complaint (*see* Dkt. 24);

Whereas, discovery has commenced and been bifurcated, and the Court has entered a bifurcated discovery scheduling order (*see* Dkt. 36);

Whereas, Defendant's motion to dismiss as to the First Amended Complaint is fully briefed (*see* Dkt. 30 and 37) and awaiting decision;

Whereas, Plaintiff intends to shortly to move for leave of Court to amend his

1

current pleading and for leave to file a Second Amended Complaint;

Whereas, Defendant intends to oppose Plaintiff's motion for leave to amend and, if leave is granted, to move to dismiss Plaintiff's proposed Second Amended Complaint;

Whereas, the Parties wish to conserve judicial and party economy and not burden the Court or its resources during the aforementioned current and anticipated motion practice with discovery, especially as the rulings on the motions may impact the necessity or scope of discovery in this matter ; and

Whereas, in light of the foregoing the Parties have accordingly agreed to stay discovery during the current and anticipated motion practice and to jointly seek a stay of discovery from the Court,

IT IS THEREFORE ORDERED, DECREED, and ADJUDGED that:

1. All discovery in this matter is stayed pending the Court's ruling on Defendant's current Motion to Dismiss Plaintiff's First Amended Complaint or, alternatively, any motions to dismiss as to the proposed Second Amended Complaint.

2. If the either of Defendant's dispositive motions (current or anticipated) are denied, or if Plaintiff is granted leave to amend and Defendant does not seek dismissal as to the Second Amended Complaint, the discovery stay

shall be automatically lifted and the parties proceed to finalize Phase 1 Discovery, as contemplated by Dkt. 36, within 90 days of the order denying the motion to dismiss or the filing of Defendant's answer.

IT IS SO ORDERED

*BY THE COURT:*

_____
Hon. Keli M. Neary, J.