IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ASHER BRONSTIN, individually and on behalf of all others similarly situated,** : | CIVIL ACTION NO. 1:25-CV-927 |
| : | |
| : | **(Judge Neary)** |
| **Plaintiff** : | |
| : | |
| v. : | |
| : | |
| **VIASAT, INC.,** : | |
| : | |
| **Defendant** : | |

## ORDER

AND NOW, this 30th day of January, 2026, it is hereby ORDERED that:

1. A telephonic status conference is scheduled for **Tuesday, February 3, 2026, at 11:00 a.m.**

2. The parties shall call-in to the conference call number **646-828-7666** using the phone conference ID **161 888 7916**. At the time the call is placed, counsel for all parties shall be on the line and prepared to proceed.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania