IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | Civil Action No. 1:25-cv-00927-KMN<br>(Hon. Keli M. Neary) |

## MOTION TO AMEND COMPLAINT

Plaintiff Asher Bronsin respectfully moves this Court to file the Amended Complaint attached herein as Exhibit A. A redline copy of the Complaint is attached herein as Exhibit B. As support thereof, the Plaintiff will rely on his memorandum of law and points and authorities in support thereof, as well as the information received and compelled in discovery attached herein as Exhibit C.

Dated: February 3, 2026

/s/ *Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
M.D. Pa. Bar #333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

1

## **LOCAL RULE 26.3 CERTIFICATION**

The undersigned hereby certifies that Plaintiff's counsel conferred with Defendant's counsel on the foregoing Motion on January 28, 2026, and Defendant's counsel indicated in writing that Defendant does not concur with the relief sought herein.

DATED this February 3, 2026.

>*/s/ Andrew Roman Perrong*
>Andrew Roman Perrong, Esq.


## **CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

February 3, 2026

>*/s/ Andrew Roman Perrong*
>Andrew Roman Perrong, Esq.
>Perrong Law LLC
>2657 Mount Carmel Avenue
>Glenside, Pennsylvania 19038
>Phone: 215-225-5529 (CALL-LAW)
>Facsimile: 888-329-0305
>a@perronglaw.com

2