

**Andrew Perrong <a@perronglaw.com>**

---

### Document Production - Bronstin v. ViaSat

---

**Heeringa, Paul** <PHeeringa@manatt.com>     Thu, Dec 11, 2025 at 7:51 AM
To: Andrew Perrong <a@perronglaw.com>
Cc: "Steven C. Tolliver, Jr." <sct@elliottgreenleaf.com>, Fred Santarelli <fpsantarelli@elliottgreenleaf.com>, "McGuinness, John" <JMcGuinness@manatt.com>, "Brenda, Bryce" <BBrenda@manatt.com>

Hi Andrew:

Thanks for providing the Google Fi correspondence and proposed order.  We will get back to you on our proposed edits to the order shortly.  On the Google Fi correspondence, we noticed one of the letters you provided states "Google hereby agrees to produce documents via a secure file-transfer portal." That sounds like a production might have already been made.   Please advise.

Without waiving any of our client's objections, the vendor info (per the court's order) is as follows:

The Preferred Prepaid d/b/a XYZies

9233 Research Drive #100

Irvine, CA 92618

[Quoted text hidden]