# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ASHER BRONSTIN,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**VIASAT INC.**<br><br>*Defendant.* | Case No. 1:25−CV−00927−KMN<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

### [PROPOSED ORDER GRANTING] PLAINTIFF'S MOTION TO AMEND

AND NOW, this _____ day of _____, 2026, it is hereby ORDERED that the Plaintiff's Motion to Amend is hereby GRANTED. The Second Amended Complaint is deemed filed pursuant to the provisions of Local Rule 15.1(a).

*BY THE COURT:*

_____

J.