IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all others similarly situated, | : CIVIL ACTION NO. 1:25-CV-927 :<br>: (Judge Neary) : |
| **Plaintiff** | : : |
| v. | : : |
| VIASAT, INC., | : : |
| **Defendant** | : |

# ORDER

AND NOW, this 3rd day of January, 2026, upon consideration of the joint motion (Doc. 47) to stay discovery, and the court finding good cause and it being in the interest of justices to avoid unneeded costs and inefficiencies in continuing discovery during the pendency of the motion (Doc. 49) to amend the complaint, it is hereby ORDERED that:

1. The parties' joint motion (Doc. 47) is GRANTED as follows.

2. Discovery is this matter shall be STAYED until disposition of the motion (Doc. 49) to amend the complaint.

3. Within **seven (7) days** after the court's ruling on the motion (Doc. 49) to amend the complaint, the parties shall file a joint status report indicating whether discovery should be stayed or whether the court should set new case management deadlines.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania