IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | Civil Action No. 1:25-cv-00927-KMN<br>(Hon. Keli M. Neary) |

## MOTION TO EXTEND DEFENDANT'S DEADLINE TO FILE BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT

Defendant Viasat Inc. ("Viasat") hereby respectfully moves, pursuant to Fed. R. Civ. P. 6(b)(1)(A), to extend the deadline to file its brief in opposition to Plaintiff's "Motion to Amend Complaint" (*see* Dkt. 49, the "Motion") by at least fourteen (14) days, to and including March 17, 2026, or however long the Court deems appropriate. In support, Viasat provides the following grounds:

1. On February 3, 2026, Plaintiff filed the Motion seeking to amend his operative complaint in this case a second time, despite the pendency of a fully-briefed dispositive motion. *See* Dkt. 49. No supporting brief was filed with the Motion at that time, however. As is indicated therein, Plaintiff's Motion is opposed.

2. M.D. Pa. Local Rule 7.5 requires supporting briefs to be filed no later than 14 days after a motion. Plaintiff took the full 14 days allotted, and filed his brief

in support of the Motion on February 17, 2026. *See* Dkt. 52. By operation of M.D. Pa. Local Rule 7.6, therefore, Viasat's brief in opposition is due on March 3, 2026.

3. Viasat's counsel have several unmovable professional and personal scheduling conflicts with the current opposition brief deadline, including briefs due in several other matters and hearing dates, making meeting the current opposition deadline extraordinarily difficult. Plaintiff's ten-page brief in support of the Motion also raises several complex legal issues. For these reasons, Viasat's counsel believes that additional time is needed to prepare an adequate response to the Motion and, as such, seek a extension of fourteen (14) days to prepare Viasat's opposition brief.

4. This modest routine extension will not cause any prejudice to Plaintiff (especially as discovery is currently stayed by agreement), impact any other cases deadlines, or otherwise delay these proceedings.

5. This is Viasat's first request to extend this particular deadline. The request is being made before the expiration of the current deadline and is timely.

6. This request is made in good faith, and not for the purposes of delay.

7. Viasat respectfully submits that the foregoing is sufficient "good cause" to extend its deadline to file a brief in opposition to the Motion.

8. On February 24, 2026, Viasat's undersigned counsel conferred with Plaintiff's counsel (Andrew Perrong) to obtain an agreement on the extension. Mr. Perrong indicated that Plaintiff does <u>not</u> agree to the requested extension.

9.      Given that the current opposition deadline is March 3, 2026, and this is a routine extension request that should not require extensive (or any) briefing, Viasat respectfully requests that the Court make an expedited ruling hereon. Alternatively, Viasat respectfully requests that Court set a shortened briefing schedule.

10.     Per Local Rule 7.5, no supporting brief is necessary for this motion.

WHEREFORE, for these reasons, the Court should grant Viasat an extension of fourteen (14) days, <u>to and including March 17, 2026</u>, or however long the Court deems appropriate, to submit Viasat's brief in opposition to Plaintiff's Motion, along with awarding Viasat all other just and proper relief. A proposed order is included herewith for the Court's consideration.

| | |
|---|---|
| Dated: February 24, 2026 | Respectfully submitted, |
| | By: <u>/s/ A. Paul Heeringa</u> |
| | JOHN W. MCGUINNESS<br>(*Pro Hac Vice* to be requested)<br>A. PAUL HEERINGA<br>(Admitted *Pro Hac Vice*)<br>MANATT, PHELPS & PHILLIP, LLP<br>1050 Connecticut Avenue, NW, Suite 600<br>Washington, D.C. 20036<br>Telephone: 202-585-6500<br>jmcguinness@manatt.com<br>pheeringa@manatt.com |
| | FREDERICK P. SANTARELLI (PA 53901)<br>STEVEN C. TOLLIVER, JR. (PA 327165)<br>ELLIOTT GREENLEAF, P.C.<br>Union Meeting Corporate Center V<br>925 Harvest Drive, Suite 300<br>Blue Bell, PA 19422<br>(215) 977-1000 (phone)<br>FPSantarelli@elliottgreenleaf.com<br>sct@elliottgreenleaf.com |
| | *Counsel for Defendant Viasat, Inc.* |

## LOCAL RULE 7.1 CERTIFICATE

The undersigned hereby certifies that Defendant's counsel conferred with Plaintiff's counsel on the foregoing Motion on February 24 2026, and Plaintiff's counsel indicated in writing that Plaintiff does not concur with the relief sought herein.

Dated: February 24, 2026            */s/ A. Paul Heeringa*

                                    A. PAUL HEERINGA

## CERTIFICATE OF COMPLIANCE WITH LR 7.8

I hereby certify that, pursuant to M.D. Pa. Local Rule 7.8(b)(2), this motion complies with the word-count limitation of Local Rule 7.8, as it is less than 15 pages (including headings and footnotes but not including the cover page, tables, signature block, or certificates) in 14-point Times New Roman font.

Dated: February 24, 2026            */s/ A. Paul Heeringa*

                                    A. PAUL HEERINGA

## CERTIFICATE OF SERVICE

The undersigned certifies that I am causing the foregoing to be filed electronically, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic Filing constituting service of the filed document upon all counsel of record.

Dated: February 24, 2026            */s/ A. Paul Heeringa*

                                    A. PAUL HEERINGA