# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | Civil Action No. 1:25-cv-00927-KMN<br>(Hon. Keli M. Neary) |

## ORDER GRANTING MOTION TO EXTEND DEFENDANT'S DEADLINE TO FILE BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION TO AMEND

This matter, coming to be heard on the "Motion to Extend Defendant's Deadline to File Brief in Opposition to Plaintiff's Motion to Amend" filed by Defendant Viasat Inc. ("Viasat") on February 24, 2026 (hereafter, the "Motion"), due notice having been given, and the Court being fully apprised in the premises thereof, IT IS HEREBY ORDERED THAT (1) Defendant's Motion is GRANTED for all the reasons stated therein; and (2) Defendant may file its brief in opposition to Plaintiff's "Motion to Amend Complaint" (*see* Dkt. 49 and 52) by March 17, 2026.

SO ORDERED THIS 25th DAY OF FEBRUARY, 2026.

By: /s/ Keli M. Neary
_____
Hon. Keli M. Neary
U.S. District Judge