# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ASHER BRONSTIN, individually and
on behalf of all other similarly situated,

  Plaintiff,

v.

VIASAT, INC.,

  Defendant.

Civil Action No. 1:25-cv-00927-KMN

(Hon. Keli M. Neary)

## DEFENDANT'S MOTION FOR SANCTIONS
## AGAINST PLAINTIFF'S COUNSEL

Defendant Viasat, Inc. ("Defendant") hereby respectfully moves for sanctions against Plaintiff's Counsel under 28 U.S.C. § 1927, Fed. R. Civ. P. 11, and the Court's inherent authority. As discussed in detail in the accompanying Brief in support of this Motion, Plaintiff's Counsel has unreasonably and vexatiously multiplied these proceedings and has acted in bad faith by, *inter alia*, knowingly pursuing demonstrably baseless claims against Defendant on behalf of his client.

The specific legal and factual bases for this Motion are set forth in the accompanying Brief, which is incorporated herein by reference as if fully stated, any materials and other evidence submitted in support, and any other briefs, materials and argument provided to the Court prior to its ruling thereon.

WHEREFORE, the Court should enter an Order granting this Motion and appropriately sanctioning Plaintiff's counsel, and granting all other proper relief.

1

Dated: March 18, 2026

Respectfully submitted,

By: */s/ A. Paul Heeringa*

John W. McGuinness
(*Pro Hac Vice* to be Requested)
A. Paul Heeringa
(Admitted *Pro Hac Vice*)
MANATT, PHELPS & PHILLIP, LLP
1050 Connecticut Avenue, NW, Suite 600
Washington, D.C. 20036
Telephone: 202-585-6500
jmcguinness@manatt.com
pheeringa@manatt.com

FREDERICK P. SANTARELLI (PA 53901)
STEVEN C. TOLLIVER, JR. (PA 327165)
ELLIOTT GREENLEAF, P.C.
Union Meeting Corporate Center V
925 Harvest Drive, Suite 300
Blue Bell, PA 19422
(215) 977-1000 (phone)
FPSantarelli@elliottgreenleaf.com
sct@elliottgreenleaf.com

*Counsel for Defendant Viasat, Inc.*

2

## CERTIFICATE OF CONFERRAL

The undersigned hereby certifies that Defendant's counsel provided a copy of the accompanying Brief in support of the Motion to Plaintiff's counsel, in accordance with Fed. R. Civ. P. 11(c) (1) and (2), on February 18, 2026. Plaintiff's counsel did not withdraw or correct the issue within 21 days, and indicated that he intends to oppose.

Dated: March 18, 2026          /s/ A. Paul Heeringa
                               A. PAUL HEERINGA

## CERTIFICATE OF SERVICE

I certify that, on March 18, 2026, I filed the foregoing electronically through the Court's CM/ECF system, which will send notice of same to all counsel of record.

Dated: March 18, 2026          By: /s/ A. Paul Heeringa
                               A. PAUL HEERINGA

3