**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all other similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>VIASAT, INC.,<br><br>    Defendant. | Civil Action No. 1:25-cv-00927-KMN (Hon. Keli M. Neary) |

**DECLARATION OF A. PAUL HEERINGA**

I, A. Paul Heeringa, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1.     I am over 18 years of age. Unless otherwise stated, the information set forth herein and below is true and correct, is based on my own personal knowledge, and if asked to testify thereto, I could and would do so competently.

2.     I submit this Declaration in support of "Defendant's Brief In Support of its Motion for Sanctions Against Plaintiff's Counsel" (the "Motion"), filed contemporaneously herewith by Defendant Viasat, Inc. ("Viasat"). in the above-captioned matter (the "Action").

3.     I am a Partner the law firm of Manatt, Phelps & Phillips, LLP, based in Chicago. I have been licensed to practice law in the State of Illinois since 2006. I am permanently admitted to the Bar of the State of Illinois and several federal district courts. I am in good standing in all jurisdictions where I am admitted.

1

4.    I am counsel of record for Viasat in the Action, appearing *pro hac vice*.

5.    As counsel for Viasat, I have asked Plaintiff's Counsel to dismiss this case multiple times during telephone conversations, and in writing via email, on July 14, 2025, August 7, 2025, and August 11, 2025.

6.    Attached hereto as **Exhibit A** is a true and correct copy of the above reference emails to Plaintiff's Counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on February 18, 2026 in LaGrange, Illinois,

By: */s/ A. Paul Heeringa*
A. PAUL HEERINGA

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on March 18, 2026, I filed the foregoing electronically through the Court's CM/ECF system, which will send notice of same to all counsel of record.

Dated: March 18, 2026                    By: <u>/s/ *A. Paul Heeringa*</u>
                                         A. PAUL HEERINGA

3