**IN THE UNITED STATES DISTRICT COURT**

**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all other similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> VIASAT, INC., <br><br> Defendant. | Civil Action No. 1:25-cv-00927-KMN <br> (Hon. Keli M. Neary) |

**SUPPLEMENTAL EXHIBIT TO DEFENDANT'S MOTION FOR SANCTIONS AGAINST PLAINTIFF'S COUNSEL**

Defendant Viasat, Inc. ("Defendant") submits the attached exhibit in support of its Motion for Sanctions Against Plaintiff's Counsel, filed on March 18, 2026 in this matter. *See* Dkt. 57 and 58. The attached document is referenced as "Exhibit A" on page 8 of the supporting Brief (Dkt. 58), and was inadvertently omitted at the time of filing. Defendant requests that the Exhibit be considered with the Motion.

Dated: March 18, 2026                    Respectfully submitted,


By: */s/ A. Paul Heeringa*

John W. McGuinness
(*Pro Hac Vice* to be Requested)
A. Paul Heeringa
(Admitted *Pro Hac Vice*)
MANATT, PHELPS & PHILLIP, LLP

1050 Connecticut Avenue, NW, Suite 600
Washington, D.C. 20036
Telephone: 202-585-6500
jmcguinness@manatt.com
pheeringa@manatt.com

FREDERICK P. SANTARELLI (PA 53901)
STEVEN C. TOLLIVER, JR. (PA 327165)
ELLIOTT GREENLEAF, P.C.
Union Meeting Corporate Center V
925 Harvest Drive, Suite 300
Blue Bell, PA 19422
(215) 977-1000 (phone)
FPSantarelli@elliottgreenleaf.com
sct@elliottgreenleaf.com

*Counsel for Defendant Viasat, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on March 18, 2026, I filed the foregoing electronically through

the Court's CM/ECF system, which will send notice of same to all counsel of record.


Dated: March 18, 2026                              By: <u>/s/ A. Paul Heeringa</u>

                                                   A. PAUL HEERINGA

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I am causing the foregoing and all attachments to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic Filing constituting service of the filed document upon all counsel of record.

Dated: March 18, 2026                     */s/ A. Paul Heeringa*
                                          A. PAUL HEERINGA