# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all other similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>VIASAT, INC.,<br><br>  Defendant. | Civil Action No. 1:25-cv-00927-KMN<br><br>(Hon. Keli M. Neary) |

## [PROPOSED] ORDER GRANTING MOTION FOR SANCTIONS

This matter, coming to be heard on Defendant's Motion for Sanctions (hereafter, the "Motion"), due notice having been given, the Court being fully apprised in the premises thereof, and for good cause shown, **IT IS HEREBY ORDERED THAT** the Motion is GRANTED. The Court finds that Plaintiff's Counsel engaged in sanctionable conduct in violation of 28 U.S.C. § 1927, Federal Rules of Civil Procedure 11(b)(2) and 11(b)(3), and the Court's inherent authority. The sanctions imposed herein are direct solely at Plaintiff's Counsel.

Defendant is awarded reasonable attorneys' fees and costs incurred as a direct result of Plaintiff's Counsel's sanctionable conduct, including fees associated with dispositive motions, discovery disputes, third-party subpoenas, court conferences necessitated by the delayed production of evidence, and opposition to futile amendment efforts.

Defendant shall submit a fee application within fourteen (14) days of this Order.

Plaintiff's Counsel may file an opposition limited to the reasonableness and causation of the requested fees within fourteen (14) days thereafter.

The Court expressly retains jurisdiction to enforce this Order and to resolve all issues relating to the determination and allocation of sanctions and attorneys' fees, notwithstanding any dismissal of Plaintiff's claims on the merits.

**SO ORDERED THIS _____ DAY OF _____, 2026,**

_____
Hon. Keli M. Neary
United States District Judge
Middle District of Pennsylvania