## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ASHER BRONSTIN,** individually and on behalf of all others similarly situated, | Case No. 1:25−CV−00927−KMN |
| *Plaintiff,* | **CLASS ACTION** |
| *v.* | **JURY TRIAL DEMANDED** |
| **VIASAT INC.** | |
| *Defendant.* | |

### [PROPOSED ORDER GRANTING] MOTION FOR SANCTIONS AGAINST DEFENDANT AND ITS COUNSEL

AND NOW, this _____ day of _____, 2026, it is hereby ORDERED

that the Plaintiff's Motion for Sanctions is hereby GRANTED.

The Court sanctions Attorneys for Defendant as follows:

The Court sanctions Defendant as follows:

*BY THE COURT:*

_____

J.

1