# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ASHER BRONSTIN,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>**VIASAT INC.**<br><br>*Defendant.* | Case No.<br>1:25−CV−00927−KMN<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## **[PROPOSED ORDER DENYING]**
## **MOTION FOR SANCTIONS AGAINST PLAINTIFF**

AND NOW, this _____ day of _____, 2026, it is hereby ORDERED

that the Defendant's Motion for Sanctions is hereby DENIED.

*BY THE COURT:*

_____
J.

1