# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all other similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>VIASAT, INC.,<br><br><br>  Defendant. | Civil Action No. 1:25-cv-00927-KMN<br><br>(Hon. Keli M. Neary) |

## ORDER DENYING MOTION FOR SANCTIONS

This matter, coming to be heard on Plaintiff's Motion for Sanctions (hereafter, the "Motion"), due notice having been given, the Court being fully apprised in the premises thereof, **IT IS HEREBY ORDERED THAT** the Motion is DENIED. The Court finds that Defendant and Defendant's Counsel did not engage in sanctionable conduct pursuant to the Federal Rules of Civil Procedure 11(b)(2) and 11(b)(3), and the Court's inherent authority.

**SO ORDERED THIS _____ DAY OF _____, 2026,**

_____
Hon. Keli M. Neary
United States District Judge
Middle District of Pennsylvania