## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASHER BRONSTIN, individually and on behalf of all others similarly situated, | : : : : | CIVIL ACTION NO. 1:25-CV-927 |
| | : | (Judge Neary) |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| VIASAT, INC., | : | |
| | : | |
| Defendant | : | |

### ORDER

AND NOW, this 9th day of June, 2026, upon consideration of plaintiff Asher Bronstin's motion (Doc. 49) for leave to file an amended complaint, and the motions (Docs. 57, 61) for sanctions filed by Bronstin and defendant Viasat, Inc., and for the reasons given in the court's memorandum of today's date, it is hereby ORDERED that:

1. Bronstin's motion for leave to file an amended complaint (Doc. 49) is GRANTED.

2. The Clerk of Court shall docket the proposed amended complaint (Doc. 49-1) as the Second Amended Complaint.

3. Viasat's motion (Doc. 23) to dismiss the First Amended Complaint is DENIED as moot due to the filing of the Second Amended Complaint.

4. The parties' dueling motions (Docs. 57, 61) for sanctions are DENIED.

5. The parties are instructed to proceed in this litigation in a professional and courteous manner, including by disclosing potentially relevant information as soon as practical for the most efficient resolution of this case.

6.      Discovery in this matter, when it resumes, shall remain bifurcated, with the current stage of litigation focused on Bronstin's individual claims, rather than potential class claims.

7.      Pursuant to the court's prior order, (Doc. 51), the parties shall jointly report whether discovery should remain stayed and whether the court should set new case management deadlines within **seven** (7) days of this order. The parties shall include recommended case management deadlines if applicable.

> /S/ KELI M. NEARY
> Keli M. Neary
> United States District Judge
> Middle District of Pennsylvania