**IN THE UNITED STATES DISTRICT COURT**

**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all other similarly situated,<br><br> Plaintiff,<br><br>v.<br><br>VIASAT, INC.,<br><br> Defendant. | Civil Action No. 1:25-cv-00927-KMN<br>(Hon. Keli M. Neary) |

## ORDER GRANTING THE PARTIES' REQUEST TO STAY DISCOVERY AND CONTINUE RESPONSE DEADLINE

The Court, having received, reviewed, and considered the parties ("Joint Report Regarding Discovery Status and Proposed Case Management Deadlines") filed in the above-captioned matter, and for good cause shown, IT IS HEREBY ORDERED that:

1. All discovery in this matter shall be stayed until Plaintiff serves Defendant The Preferred Prepaid, Inc. d/b/a XYZies ("XYZies") and XYZies files a responsive pleading to the Second Amended Complaint ("SAC").

2. Viasat's deadline to respond to the SAC shall be extended to the same deadline applicable to XYZies following service, so that both defendants may respond on the same schedule.

1

3. Once a responsive pleading is filed by XYZies and Viasat, discovery thereafter shall proceed only as to Plaintiff's individual claims, consistent with the Court's bifurcation order (Doc. 36).

4. Discovery shall remain bifurcated, with a 90-day period of individual discovery followed by a status conference to set a schedule for any summary judgment briefing on Plaintiff's individual claims.

SO ORDERED THIS ___ DAY OF _____, 2026

By:_____

Hon. Keli M. Neary

United States District Judge