**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all other similarly situated,<br><br> Plaintiff,<br><br>v.<br><br>VIASAT, INC.,<br><br>and<br><br>THE PREFERRED PREPAID, INC. d/b/a XYZies<br><br> Defendants. | Civil Action No. 1:25-cv-00927-KMN<br><br>(Hon. Keli M. Neary) |

ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANTS TO
FILE RESPONSE TO SECOND AMENDED COMPLAINT

This matter, coming to be heard on Defendants "Unopposed Motion to Extend Time for Defendants to File Response to Second Amended Complaint" (hereafter, the "Motion"), due notice having been given, the Court being fully apprised in the premises thereof, the Motion being unopposed, and for good cause shown, **IT IS HEREBY ORDERED THAT**: (a) the Motion is **GRANTED** for the reasons stated therein; and (b) Defendants shall have until **August 12, 2026** to answer, move or otherwise respond to the SAC.

**SO ORDERED THIS 16th DAY OF JULY, 2026,**

By: /s/ Keli M. Neary

Hon. Keli M. Neary

United States District Judge