Civil Action No. 1:25-cv-00927

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* The Preferred Prepaid, Inc. d/b/a XYZies

was received by me on *(date)* 06/22/2026 .

❐ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* ______________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ______________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________ on *(date)* ______________ ; or

❐ I returned the summons unexecuted because ______________________ ; or

☑ Other *(specify)*: Served per FRCP 4(e)(1) and PA RCP 404(2) and PA RCP 403. Certified Mail Return Receipt Attached. Served on 6/29/2026

My fees are $ ______ for travel and $ 8.86 for services, for a total of $ 8.86 .

I declare under penalty of perjury that this information is true.

Date: 09/10/2026

/s/ Andrew Roman Perrong
*Server's signature*

Andrew Roman Perrong, Esq.
*Printed name and title*

1669 Edgewood Road, Suite 218
Yardley, PA 19067
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

THE PREFERRED PREPAID, INC.
d/b/a XYZies
20271 SW ACACIA ST STE 100 ~~STE~~ 234
NEWPORT BEACH CA 92660-1731

9590 9402 0089 6058 6716 86

2. Article Number *(Transfer from service label)*

9414 8118 9876 5576 8485 12

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X [signature]  ☒ Agent  ☐ Addressee

B. Received by *(Printed Name)*  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

NEWPORT BEACH ... JUN 29 2026 ... USPS

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☑ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

9590 9402 0089 6058 6716 86

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

PERRONG LAW LLC (25-927)
2657 MOUNT CARMEL AVE
GLENSIDE PA 19038-2911