**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ASHER BRONSTIN,** *individually and on behalf of all other similarly situated* | : | **CIVIL ACTION NO. 1:25-CV-00927** |
| | : | **(JUDGE NEARY)** |
| **Plaintiff,** | : | |
| **v.** | : | |
| **VIASAT, INC. ,** *and* **THE PREFERRED PREPAID, INC.,** *d/b/a XYZies* | : | |
| **Defendants.** | : | |

**ENTRY OF DEFAULT**

Default is hereby entered against defendant, **THE PREFERRED PREPAID, INC.**, *d/b/a XYZies,* for failure to file an answer and/or otherwise plead, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Peter J. Welsh, Clerk of Court

by: *_/s Ingrid B. Ritchie_*
Deputy Clerk

Dated: September 23, 2026